UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIKRAM SRINIVASAN,<br><br>　　　　　Appellant,<br><br>　　v.<br><br>WEDGEWOOD, LLC,<br><br>　　　　　Appellee. | Case No. 21-cv-01031-JST<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| VIKRAM SRINIVASAN,<br><br>　　　　　Appellant,<br><br>　　v.<br><br>FAY SERVICING LLC, et al.,<br><br>　　　　　Appellees. | Case No. 21-cv-02004-JST |
| VIKRAM SRINIVASAN,<br><br>　　　　　Appellant,<br><br>　　v.<br><br>FAY SERVICING LLC, et al.,<br><br>　　　　　Appellees. | Case No. 21-cv-02875-JST |

　　　These three bankruptcy appeals appear to be related. In addition, Case No. 21-cv-2004, in which Srinivasan seeks leave to appeal from the bankruptcy court's order denying a preliminary injunction, appears to be moot now that the bankruptcy court has entered final judgment and Srinivasan has appealed that judgment in Case No. 21-cv-2875.

　　　The Court sets this matter for a case management conference on May 21, 2021, at 1:30 p.m. to discuss how to resolve these appeals efficiently and pragmatically, including whether Case

1   No. 21-cv-2004 should be closed and the other two cases consolidated.  The parties shall meet and

2   confer and file a joint case management statement on or before May 14, 2021.  The briefing

3   deadlines in all three cases are stayed pending the Court's consideration of the parties' proposals

4   in the case management statement.

5   **IT IS SO ORDERED.**

6   Dated:  April 26, 2021



_____
JON S. TIGAR
United States District Judge